UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- :
IN RE WORLD TRADE CENTER                                       :    AFFIDAVIT OF PERSONAL
DISASTER SITE LITIGATION                                       :    SERVICE
-------------------------------------------------------------- :
HERNAN MUNOZ and EBELLY SANCHEZ,                               :
                                                               :    DOCKET NO.
                                                               :    07-CIV-8722
                         Plaintiffs,                           :    Judge Hellerstein
                                                               :
      -against-                                                :
                                                               :
VERIZON NEW YORK, INC., VERIZON                                :
PROPERTIES, INC., VERIZON                                      :
COMMUNICATIONS, INC., AND                                      :
HILLMAN ENVIRONMENTAL GROUP, LLC,                              :
                                                               :
                         Defendants.                           :
-------------------------------------------------------------- :

STEPHANIE LOPEZ, being duly sworn, deposes and says:

   I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 19th day of October, 2007, at approximately 12:30 p.m. at CT Corporation located at 111 8th Avenue- 13th Floor, New York, New York 10011, deponent served the within copy of the Summons and Complaint upon Verizon Properties, Inc. by delivering thereat a true copy of same to Nora Dindyal, Process Specialist at CT Corporation, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female South East Asian, Brown skin, Black hair, approx. 35-40, height approx. 5'2"-5'5"**

                                                    _____
                                                            Stephanie Lopez

Sworn to before me this
19th day of October, 2007

_____
Notary public

            BEATRIZ DOLORES ARANA
            Notary Public, State of New York
                 No. 01AR6132940
            Qualified in Queens County
         Commission Expires August 29, 20 09