-----------------------------------------------------------------

IN RE WORLD TRADE CENTER                :       **AFFIDAVIT OF PERSONAL**
DISASTER SITE LITIGATION                :       **SERVICE**
--------------------------------------------- :

HERNAN MUNOZ  and EBELLY SANCHEZ,       :       **DOCKET NO.**
                                        :       **07-CIV-8722**
                Plaintiffs,             :
                                        :       Judge Hellerstein
     -against-                          :
                                        :
VERIZON NEW YORK, INC., VERIZON         :
PROPERTIES, INC., VERIZON               :
COMMUNICATIONS, INC., AND               :
HILLMAN ENVIRONMENTAL GROUP, LLC,       :
                                        :
                Defendants.             :
-----------------------------------------------------------------

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 19th day of October, 2007, at approximately 12:30 p.m. at CT Corporation located at 111 8th Avenue- 13th Floor, New York, New York 10011, deponent served the within copy of the Summons and Complaint upon Verizon Communications Inc. by delivering thereat a true copy of same to Nora Dindyal, Process Specialist at CT Corporation, an individual of suitable age and discretion.  Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female South East Asian, Brown skin, Black hair, approx. 35-40, height approx. 5'2"-5'5"**

Stephanie Lopez

Sworn to before me this
19th day of October, 2007

Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6142930
Qualified in Queens County
Commission Expires August 29, 20 09