------------------------------------------------------ :

IN RE WORLD TRADE CENTER                           :     **AFFIDAVIT OF PERSONAL
DISASTER SITE LITIGATION**                         :     **SERVICE**

------------------------------------------------------- :     **DOCKET NO.**

HERNAN MUNOZ  and EBELLY SANCHEZ,                   :     **07-CIV-8722**

                                                   :

                                                   :     Judge Hellerstein

                     Plaintiffs,                   :

     -against-                                      :

                                                   :

VERIZON NEW YORK, INC., VERIZON                     :
PROPERTIES, INC., VERIZON                           :
COMMUNICATIONS, INC., AND                           :
HILLMAN ENVIRONMENTAL GROUP, LLC,                   :

                                                   :

                     Defendants.                   :

------------------------------------------------------- :

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State
of New York.

That on the 19th day of October, 2007, at approximately 12:30 p.m. at CT Corporation located at 111 8th
Avenue- 13th Floor, New York, New York 10011, deponent served the within copy of the Summons and
Complaint upon Verizon New York Inc. by delivering thereat a true copy of same to Nora Dindyal, Process
Specialist at CT Corporation, an individual of suitable age and discretion.  Deponent describes person
served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:
**Female South East Asian, Brown skin, Black hair, approx. 35-40, height approx. 5'2"-5'5"**

                                    _Stephanie Lopez_
                                    Stephanie Lopez

Sworn to before me this
19th day of October, 2007

_____
     Notary public

                         BEATRIZ DOLORES ARANA
                         Notary Public, State of New York
                         No. 01AR6132940
                         Qualified in Queens County
                         Commission Expires August 29, 20 09