***** **AFFIDAVIT OF SERVICE** *****

01/07/2008

SHERIFFS NUMBER: S08000168        DEFENDANT SEQUENCE 1 OF 1
TYPE OF SERVICE...                Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE <u>STEPHEN LANZANO</u>

AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP | 8966 | 28.00 |
| 42 BROADWAY | | |
| 10TH FLOOR | CONTROL # 13682 | |
| NEW YORK, NY 10004-1617 | | |

### COURT DATA

ASOHNEN

COURT OF ISSUANCE: **US District Court**

WRIT EXPIRATION:            STATE: NY        COUNTY OF VENUE: Southern District

COURT DOCKET #:   07CIV8722     CAPTION OF CASE

NAME:        HERNAN MUNOZ AND EBELLY SANCHEZ
        VS   VERIZON NEW YORK, INC.,ET ALS.

### DEFENDANT OR NAMED WITHIN TO BE SERVED

NAME:        HILLMAN ENVIORNMENTAL GROUP, LLC

ADDRESS:     1600 ROUTE 22 EAST
             UNION, NJ 07083

### PAPERS SERVED

SUMMONS & COMPLAINT, **OUT OF STATE REQUIRE DESCRIPTION**

### SERVICE DATA RECORDED

[X] SERVED SUCCESSFULLY    [ ] UNABLE TO SERVE        NUMBER OF ATTEMPTS ____

DATE: 1/9/08   TIME: 13:20          DATE: _____   DATE: _____
                                    TIME: _____   TIME: _____

REMARKS: _____         DATE: _____   DATE: _____
_____     TIME: _____   TIME: _____
_____
_____
_____

[ ] PERSONALLY DELIVERED    [ ] OFFICER    [ ] MANAGING AGENT    [ ] REGISTERED AGENT

[ ] COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER   [X] AGENT AUTHORIZED TO ACCEPT
                              [ ] IS IN THE MILITARY    [ ] NOT IN THE MILITARY

PERSON SERVED: *ELAINE BENTLEY-ENVIORNMENTAL HEALTH AND SAFETY COORDINATOR*
                            (TITLE/RELATIONSHIP)

| | | | | | |
|---|---|---|---|---|---|
| SEX: | [ ] MALE | [X] FEMALE | | | |
| SKIN: | [X] WHITE | [ ] BLACK | [ ] YELLOW | [ ] BROWN | [ ] RED |
| HEIGHT: | [ ] UNDER 5 FT. | [X] 5.0 - 5.6 FT. | [ ] 5.7 - 6.0 FT. | [ ] OVER 6 FT. | |
| WEIGHT: | [ ] UNDER 100 LBS. | [X] 100 - 150 LBS. | [ ] 151 - 200 LBS. | [ ] OVER 200 LBS. | |
| HAIR: | [ ] BLACK | [X] BROWN | [ ] BLOND | [ ] GRAY | [ ] RED [ ] WHITE [ ] BALDING |
| AGE: | [ ] 14 - 20 | [ ] 21 - 35 | [X] 36 - 50 | [ ] 51 - 65 | [ ] OVER 65 |

SWORN TO AND SUBSCRIBED        _____
BEFORE ME ON                   SIGNATURE
FRANCES DIDONATO
NOTARY PUBLIC OF NEW JERSEY    SHERIFF'S OFFICER OF UNION COUNTY
My Commission Expires Dec. 3, 2009        STATE OF NEW JERSEY